■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN WAGNOON, Appellant. [671 NYS2d 356] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered January 12, 1995, convicting him of criminal sale of a controlled substance in the first degree, criminal possession of a controlled substance in the first degree, criminal possession of a controlled substance in the third degree, criminal sale of a firearm in the third degree (30 counts), and criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claims of legal insufficiency are only partially preserved for appellate review (*see,* CPL 470.05 [2]; *People v Bradley,* 199 AD2d 327; *cf., People v Hall,* 181 AD2d 791). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt and disprove the defendant's agency defense beyond a reasonable doubt (*see, People v Alvarez,* 235 AD2d 484). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80). Rosenblatt, J. P., Miller, Ritter and Sullivan, JJ., concur.